FILED - GR
March 19, 2025 11:47 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB   SCANNED BY: /3-19

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

JEFFERY JACKSONEL,
Moorish American, Emperor of the Moorish Empire,
In Special Appearance, In Propria Pqersona,
Airtight Supreme Expressed Standing in Constitution, Treaty, and
Controlling Law
Plaintiff,

1:25-cv-304
Paul L. Maloney
United States District Judge

v.

magistrate maarten vermaat, in their individual and official capacity,
Defendant.

Case No.: [To be assigned upon filing]
Judge: [To be assigned upon filing]

---

CIVIL COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS, BREACH OF FIDUCIARY DUTIES, AND JUDICIAL MISCONDUCT

NOW COMES Plaintiff JEFFERY JACKSONEL, appearing in propria persona, with airtight supreme expressed standing under the U.S. Constitution, Treaty Law, and Controlling Sixth Circuit and Supreme Court Precedents, and hereby files this Civil Complaint against magistrate maarten vermaat in their individual and official capacity for breach of fiduciary duties, violation of due process rights, obstruction of justice, and other constitutional and statutory violations.

Plaintiff demands monetary damages of $10 million in specie currency pursuant to the U.S. Constitution and requests all other available relief as stated herein.

---

I. JURISDICTION AND VENUE

1. Jurisdiction is proper under:

28 U.S.C. § 1331 (Federal Question Jurisdiction) – This action arises under the U.S. Constitution and federal law.

28 U.S.C. § 1343(a)(3) (Civil Rights Jurisdiction) – This action seeks to redress the deprivation of constitutional rights under color of law.

Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971) – This case

provides for monetary damages against federal officials who violate constitutional rights.

2. Venue is proper in the Western District of Michigan pursuant to 28 U.S.C. § 1391(b) because:

Defendant resides within this district.

The constitutional violations occurred within this district.

---

II. PARTIES

Plaintiff:

JEFFERY JACKSONEL, a Moorish American, appearing in propria persona with airtight supreme expressed standing under the U.S. Constitution and Treaty Law.

Defendant:

magistrate maarten vermaat , a federal magistrate judge of the Western District of Michigan, sued in their individual and official capacity for violations of federal law, breach of fiduciary duties, and obstruction of justice.

---

III. STATEMENT OF FACTS

1. Plaintiff filed a civil complaint against the Michigan Department of Health and Human Services for constitutional violations, including due process violations and improper denial of benefits.

2. Defendant, acting as the presiding magistrate judge, issued a Report and Recommendation (R&R) dismissing Plaintiff's case without proper legal analysis.

3. Defendant engaged in judicial misconduct by:

Ignoring constitutional due process requirements.

Misrepresenting Plaintiff's claim regarding specie currency.

Citing a prior case dismissal (2011) without addressing the present legal and factual distinctions.

Deliberately obstructing Plaintiff's access to justice through procedural evasion.

4. Plaintiff has suffered irreparable harm, as Defendant's actions denied Plaintiff's fundamental rights and created an unlawful precedent for judicial bias.

---

IV. CLAIMS FOR RELIEF

COUNT I – VIOLATION OF THE FIFTH AMENDMENT DUE PROCESS CLAUSE

(U.S. Const. amend. V; Mathews v. Eldridge, 424 U.S. 319 (1976); Goldberg v. Kelly, 397 U.S. 254 (1970))

1. Defendant denied Plaintiff's constitutional right to due process by dismissing his claims without allowing a proper review of the evidence.

2. Defendant failed to require written justification for government benefit denials, violating procedural due process.

3. Controlling Precedent:

Mathews v. Eldridge, 424 U.S. 319 (1976) – Due process is violated when procedural safeguards are ignored.

Goldberg v. Kelly, 397 U.S. 254 (1970) – Due process requires notice and an opportunity to challenge benefit denials.

---

COUNT II – BREACH OF FIDUCIARY DUTIES

(28 U.S.C. § 453 (Judicial Oath); Caperton v. A.T. Massey Coal Co., 556 U.S. 868 (2009))

1. Defendant had a fiduciary duty to uphold the Constitution and ensure due process in Plaintiff's case.

2. By intentionally disregarding constitutional law, Defendant breached their fiduciary duties.

3. Controlling Precedent:

Caperton v. A.T. Massey Coal Co., 556 U.S. 868 (2009) – Judges must recuse themselves when bias creates a high probability of injustice.

---

COUNT III – OBSTRUCTION OF JUSTICE

(18 U.S.C. § 1503; Ex parte Young, 209 U.S. 123 (1908))

1. Defendant obstructed justice by intentionally issuing an unconstitutional ruling to prevent Plaintiff's claims from being properly adjudicated.

2. Controlling Precedent:

Ex parte Young, 209 U.S. 123 (1908) – Judicial officials cannot use procedural rules to evade constitutional review.

---

COUNT IV – JUDICIAL MISCONDUCT AND VIOLATION OF 28 U.S.C. § 455

(28 U.S.C. § 455 (Judicial Disqualification); Liljeberg v. Health Services Acquisition Corp., 486 U.S. 847 (1988))

1. Defendant failed to recuse themselves despite clear conflicts of interest and bias.

2. Defendant violated 28 U.S.C. § 455 by ruling on matters where they had a

personal stake in upholding the judicial system's bias against Plaintiff.

3. Controlling Precedent:

Liljeberg v. Health Services Acquisition Corp., 486 U.S. 847 (1988) – Failure to recuse results in void judicial decisions.

---

V. RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:

1. Enter judgment against Defendant for constitutional violations, breach of fiduciary duties, and obstruction of justice.

2. Award monetary damages of $10 million in specie currency pursuant to the U.S. Constitution.

3. Declare Defendant's ruling void ab initio for due process violations and judicial misconduct.

4. Provide any further relief as this Court deems just and proper.

Respectfully submitted,

JEFFERY JACKSONEL
Moorish American, Emperor of the Moorish Empire
In Propria Persona
Western District of Michigan

jeffery jacksonEL
1238 calvin avenue southeast
grand rapids, michigan 49506

sign: *[signature]*
date: 03-19-2025