UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFERY JACKSON,

    Plaintiff,

v.                                                    Case No. 1:25-cv-304

MAARTEN VERMAAT,                Hon. Paul L. Maloney

    Defendant.
_____/

**ORDER STAYING AND ADMINISTRATIVELY CLOSING THE CASE**

Plaintiff has filed a petition for writ of mandamus and an interlocutory appeal with the Sixth Circuit Court of Appeals (Case Nos. 25-1289 and 25-1294) (ECF Nos. 5, 6 and 7). Given these filings, the Court deems it prudent to stay this action pending the Sixth Circuit's decisions on these matters. Accordingly, this case is **STAYED** and **ADMINISTRATIVELY CLOSED** pending further order of the Court.

**IT IS SO ORDERED**.

Dated: April 23, 2025                              /s/ Ray Kent
                                                            RAY KENT
                                                             United States Magistrate Judge